**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:      1

| | | |
|---|---|---|
| Case No: | 07-59138    JEH    Judge: John E. Hoffman, Jr. | |
| Case Name: | HANAWALT, SANDRA LEE | |
| For Period Ending: | 09/30/16 | |

| | |
|---|---|
| Trustee Name: | David M. Whittaker |
| Date Filed (f) or Converted (c): | 11/11/07 (f) |
| 341(a) Meeting Date: | 12/20/07 |
| Claims Bar Date: | 04/28/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. cash on hand | 20.00 | 0.00 | | 0.00 | FA |
| 2. checking account Huntington National Bank | 606.67 | 0.00 | | 0.00 | FA |
| 3. household goods and furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 5. Allstate Univerisal Life face value $50,000.00 sur | 0.00 | 0.00 | | 0.00 | FA |
| 6. IRA Fifth Third Securites, Inc. | 1,730.83 | 0.00 | | 0.00 | FA |
| 7. 2005 Nissan purchased 5/2005 | 15,475.00 | 0.00 | | 0.00 | FA |
| 8. paddleboat | 200.00 | 0.00 | | 0.00 | FA |
| 9. printer computer | 500.00 | 0.00 | | 0.00 | FA |
| 10. 4 hair dryers, 3 beauty shop chairs, 4 wash chairs | 750.00 | 0.00 | | 0.00 | FA |
| 11. minimal product inventory | 200.00 | 0.00 | | 0.00 | FA |
| 12. family pet 1 dog | 0.00 | 0.00 | | 0.00 | FA |
| 13. Claim v. American Medical Systems et al (u) | 0.00 | 1.00 | | 0.00 | 1.00 |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $20,982.50 | $1.00 | $0.00 | $1.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee filed a Motion to reopen the case. The Trustee recently learned that the Debtor may be entitled to a
settlement from a mass tort claim involving American Medical Systems and/or C.R. Bard. January 21, 2016 (JULIE)

The court entered the order on 1/22/16 reopening the case. The US Trustee filed the Reappointment of Trustee on 1/22/16.

The trustee emailed these documents to Joshua Jones, Esq. and requested assistance in follow up on the settlment of

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| Case No: | 07-59138    JEH    Judge: John E. Hoffman, Jr. | | Trustee Name: | David M. Whittaker |
| Case Name: | HANAWALT, SANDRA LEE | | Date Filed (f) or Converted (c): | 11/11/07 (f) |
| | | | 341(a) Meeting Date: | 12/20/07 |
| | | | Claims Bar Date: | 04/28/16 |

the debtor's claim. DMW January 25, 2016, 12:33 pm

The Trustee withdrew the January 7, 2008 Report of No Distribution. January 26, 2016 (JULIE)

The trustee has received documents regarding the tort claim from the office of Joshua Jones. DMW January 28, 2016, 06:01 pm

The notice of assets was filed on 1/28/16. DMW January 28, 2016, 06:01 pm

An Application for authority to employ attorneys in the re-opened case was filed January 29, 2016. (JULIE)

The couirt entered the order on 2/2/16 authorizing the employment of counsel. DMW February 16, 2016, 05:20 pm

The trustee has sent the order reopening the case and the reappointment of the trustee to the office of Joshua Jones. DMW February 16, 2016, 05:22 pm

The debtor has filed an Adversary Proceeding requesting a declaratory judgment that the tort cliam is not property of the bankrtuptcy estate. The trustee will defend the Adversary Proceeding. DMW March 02, 2016, 04:22 pm

The Trustee filed an Answer to the Complaint filed by the Debtor in Adv. Pro. No. 16-2029. March 16, 2016 (JULIE)

The trustee has perfomed the intial clams review and no objections are needed. The government claims bar date is 5/9/16 and the trustee will update the claims review after that date. DMW May 04, 2016, 04:57 pm

The trustee has sent an email to the debtor's attorney with a settlement proposal regarding the adversary proceeding and the pelvic mesh clam. DMW May 04, 2016, 05:29 pm

The Trustee's Preliminary Pretrial Statement was filed in Adv. Pro. No. 16-2029. May 20, 2016 (JULIE)

The Initial Disclosure of Trustee in Adv. Pro. No. 16-2029 was emailed to Michael T. Gunner, Esq. and Aaron M. Glasgow, Esq. on May 20, 2016. (JULIE)

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   3

| | | | |
|---|---|---|---|
| Case No: | 07-59138   JEH   Judge: John E. Hoffman, Jr. | Trustee Name: | David M. Whittaker |
| Case Name: | HANAWALT, SANDRA LEE | Date Filed (f) or Converted (c): | 11/11/07 (f) |
| | | 341(a) Meeting Date: | 12/20/07 |
| | | Claims Bar Date: | 04/28/16 |

The trustee sent an email to counsel for the debtor following up on the settlement proposal for the adversary procedding. DMW May 20, 2016, 03:19 pm

The court has scheduled a pretrial in the adversary proceeding for 6/22/16. DMW May 20, 2016, 03:20 pm

The government claims bar date was 5/9/16 and no additional claims were filed. DMW May 20, 2016, 03:26 pm

The trustee sent another follow up email to the debtor's attorney regardng the adversary proceeding. DMW May 31, 2016, 11:24 am

The trustee filed the Initial Disclosures in the adversary proceeding on 6/14/16.  The debtor's pre trisl statement was filed in the adversary proceeding on 6/15/16. DMW June 15, 2016, 09:51 am

The debtor has rejected the trustee's settlment proposal regarding the adversary proceedng and the debtor has not made any counter offer. DMW June 15, 2016, 04:38 pm

The trustee and the debtor are pursuing discovery in the adversary proceeding. The dispositive motions date is 11/30/16. DMWOctober 10, 2016, 10:44 am

A Notice of Appearance of Counsel for the Trustee/Defendant was filed by Jessica L. Branner, Esq. and Victoria A. Flinn McCurdy, Esq. in Adv. Pro. No. 16-2029 (Hanawalt v. Whittaker). October 10, 2016 (JULIE)

Initial Projected Date of Final Report (TFR): 01/30/17          Current Projected Date of Final Report (TFR): 01/30/18


/s/     David M. Whittaker
_____ Date: 10/11/16
      DAVID M. WHITTAKER